Fill in this information to identify the case:

Debtor 1    John W. Ambrose

Debtor 2

(Spouse, if filing)

United States Bankruptcy Court for the  District of CONNECTICUT

Case number 18-22004

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges                12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: MTGLQ INVESTORS, L.P.**          Court claim no. (if known): 2

**Last 4 digits** of any number you use to
identify the debtor's account: 4449

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 02/15/2019 | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: POC 410A Form Review Fee | 02/15/2019 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>John W. Ambrose</u>       Case number *(if known)* <u>18-22004</u>

     Print Name     Middle Name     Last Name

---

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖      **/s/ Erin Elam**                 Date   __**5/6/2019**_____

     Signature

Print       **Erin Elam**                Title   <u>Bankruptcy Attorney</u>

     First Name     Middle Name     Last Name

Company   <u>RAS Crane, LLC</u>

Address   <u>10700 Abbott's Bridge Road, Suite 170</u>

     Number     Street

     <u>Duluth, GA 30097</u>

     City     State     ZIP Code

Contact Phone   <u>470-321-7112</u>       Email   <u>eelam@rascrane.com</u>

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___May 7, 2019_____ ,

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has

been served via CM/ECF or United States Mail to the following parties:

Charles A. Maglieri
Advanced Bankruptcy Legal Service
34 Jerome Avenue
Bloomfield, CT 06002

John W. Ambrose
55 Balaban Road
Colchester, CT 06415

Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Alexis Van Zilen
    Alexis Van Zilen
    avzilen@rascrane.com