Connecticut Local Form Order B315                                                                    Revised 05/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

  John W. Ambrose

  Case Number:  18-22004

  Chapter:        13

  Debtor*

### ORDER CONFIRMING SECOND AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a Second Amended Chapter 13 Plan, on June 26, 2019 (ECF No. 21). The Second Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the Second Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's Second Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $371.18 weekly beginning on August 29, 2019, for a period of 60 months, and until a 0% dividend is paid to creditors holding allowed unsecured claims; and it is further

**ORDERED:** The employer of John W. Ambrose shall deduct payments from the Debtor's earnings, draw checks in the name of the Trustee, and mail the same to the Trustee on or before each due date until further order of this Court.

**Employer Information**

United Technologies Corporation
Employee ID No. 324687
9 Farm Springs Road, Mail Stop 541-90
Farmington, CT  06032

**Mail Checks Payable to the Trustee to this Address**

Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney shall seek allowance of attorney's fees in the amount of $5,500.00 and expenses in the amount of $19.52, of which $3,980.48, has been paid, leaving $1,519.52 due  and payable through the Debtor's confirmed Second Amended Plan. An application for compensation is to be filed no later than August 22, 2019.

After entry of an order allowing said fees pursuant to 11 U.S.C. § 330, the Trustee, or the Debtor, may pay any unpaid, allowed fees.

Dated: August 1, 2019

BY THE COURT

*James J. Tancredi*
*United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.