ct118 01/2021

# United States Bankruptcy Court
## District of Connecticut



In re:

    John W. Ambrose

    Debtor *

Case Number: 18-22004

Chapter: 13

U.S. Bank Trust National Association, as trustee of Dwelling Series IV Trust

Movant(s)

v.

John W. Ambrose

Roberta Napolitano

Respondent(s)

## AMENDED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Stay dated March 18, 2021 (the "Motion", ECF No. 50), filed by U.S. Bank Trust National Association, as trustee of Dwelling Series IV Trust (the "Movant"), after notice and a hearing, see 11 U.S.C. § 102(1), and in accordance with 11 U.S.C. § 362(d)(1) and in compliance with the Court's Contested Matter Procedure; it is hereby

**ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 55 Balaban Road, Colchester, Connecticut 06415, in accordance with applicable non-bankruptcy law; and it is further

**ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is not hereby waived.

Dated: April 8, 2021

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.